IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARILYN JORGENSEN                                           PLAINTIFF

    vs.          CASE No. 05-CV-3027

BAXTER REGIONAL MEDICAL CENTER and
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON                                                   DEFENDANTS

### **ORDER**

Now on this 20th day of December, 2005, there comes on for consideration the above-styled and numbered cause. In accordance with the Motion to Dismiss (#10), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice, with each party to bear its own costs.

IT IS SO ORDERED.

                                            /S/ *Robert T. Dawson*
                                                Robert T. Dawson
                                                United States District Judge